United States District Court
Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VINCENT JAMES BIAGAS,<br>　　　　Plaintiff,<br>　　v.<br>JOHN DOE,<br>　　　　Defendant. | Case No. 20-cv-04460-WHO (PR)<br><br>**ORDER OF DISMISSAL** |

Plaintiff Vincent James Biagas sent the Court a document that cannot be construed as a pleading. Because that document cannot initiate a suit, the Clerk sent him notices directing him to (i) pay the filing fee or file an application to proceed *in forma pauperis* (IFP); and (ii) file a complaint on this Court's form. Biagas has not complied with the Clerk's Notices. Accordingly, the action is DISMISSED (without prejudice) for failing to comply with the Clerk's Notices and for failing to prosecute, *see* Federal Rule of Civil Procedure 41(b).

Because this dismissal is without prejudice, Biagas may move to reopen. Any such motion must contain (i) a complete application to proceed IFP (or full payment for the $400.00 filing fee); and (ii) a complaint on this Court's form.

The Clerk shall enter judgment in favor of defendant and close the file.

**IT IS SO ORDERED.**

**Dated:** August 27, 2020



WILLIAM H. ORRICK
United States District Judge