UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

VINCENT JAMES BIAGAS,
    Plaintiff,

v.

R.C. JOHNSON, et al.,
    Defendants.

Case No. 20-cv-04460-WHO (PR)

**ORDER REOPENING ACTION;**

**ORDER OF TRANSFER**

Plaintiff Vincent James Biagas sent the Court a letter. Because a letter cannot initiate a suit, the Clerk sent him notices directing him to (i) pay the filing fee or file an application to proceed *in forma pauperis* (IFP); and (ii) file a complaint on this Court's form. (Dkt. Nos. 2 and 3.) When Biagas did not comply with the Notices, the action was dismissed. (Dkt. No. 7.) Biagas since has filed a complaint and an IFP motion. (Dkt. Nos. 11 and 12.) Accordingly, this federal civil rights action is REOPENED. The Clerk is directed to modify the docket accordingly.

The claims raised in this federal civil rights action arise from events that occurred at CSP-Los Angeles, which lies in the Central District of California. Accordingly, this federal suit is TRANSFERRED to the Central District of California, wherein venue properly lies because a substantial part of the events or omissions giving rise to the claims occurred there, and because the named defendants reside therein. *See* 28 U.S.C. §§ 84(c), 1391(b), and 1406(a). The Clerk shall transfer this action forthwith.

**IT IS SO ORDERED.**

**Dated:** June 3, 2022



WILLIAM H. ORRICK
United States District Judge